UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
G.P.,

                     Plaintiff,

            -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, THE BOARD OF
EDUCATION OF THE CITY SCHOOL
DISTRICT OF THE CITY OF NEW YORK,
CHANCELLOR DAVID BANKS, and THE
CITY OF NEW YORK,

                    Defendants.
------------------------------------------------------------X

24-CV-5786 (VSB)

**ORDER**

<u>VERNON S. BRODERICK, United States District Judge</u>:

       It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

       ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:  November 22, 2024
          New York, New York

                                                                       Vernon S. Broderick
                                                                       United States District Judge